IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMIN CHEBBANI,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br>DEPARTMENT OF AGRICULTURE,<br>　　　　　　Defendant. | :<br>:<br>:<br>:  Civil No. 5:21-cv-04298-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 1st day of May, 2023, upon consideration of Plaintiff's Motion to Preclude the Testimony of Russel J. Kolmus (ECF No. 23), Plaintiff's Motion to Preclude the Testimony of Dr. Robert J. Nobilini, PhD (ECF No. 24), Defendants' Motion to Exclude Expert Testimony of Dr. Scott J. Pello (ECF No. 34), and the responses thereto, and for the reasons set forth in the memorandum opinion accompanying this Order, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's motions (ECF Nos. 23-24) are **DENIED**.

2. Defendant's motion (ECF No. 34) is **DENIED in part and GRANTED in part**. The motion is **denied** with respect to Dr. Scott J. Pello's opinions regarding his diagnoses of post-concussive syndrome and post-traumatic headaches. The motion is **granted** with respect to Dr. Scott J. Pello's opinions regarding his diagnoses of ocular motor dysfunction, cervical sprain/strain, left shoulder sprain/strain improved, and myofascial pain.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge