IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMIN CHEBBANI,  :  Plaintiff, : | |
| : | |
| v.  : | Civil No. 5:21-cv-04298-JMG |
| : | |
| UNITED STATES OF AMERICA  : DEPARTMENT OF AGRICULTURE  :  Defendant. : | |

**FINAL JUDGMENT AND ORDER**

**AND NOW,** this 11th day of October, 2023, following a bench trial (ECF No.s 67–69), which included Defendant's oral Rule 50 Motion, and upon consideration of the parties' proposed findings of fact and conclusions of law (ECF No.s 71 & 72),

**IT IS HEREBY ORDERED** pursuant to 28 U.S.C. § 1346(b) and applicable Pennsylvania tort law, judgment is **ENTERED** against Defendant and in favor of Plaintiff in the amount of $43,519.90.

**IT IS FURTHER ORDERED** that Defendant's Rule 50 Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendant's motion for judgment as a matter of law as to liability for Plaintiff's neck and shoulder injuries is **GRANTED**;

2. Defendant's motion for judgment as a matter of law as to damages in the form of medical costs for Plaintiff's remaining injuries is **DENIED**;

3. Defendant's motion for judgment as a matter of law as to damages in the form of lost wages for Plaintiff's remaining injuries is **GRANTED** for pay periods except

2

December 8, 2019 through January 3, 2020 and February 16, 2020 through March 14, 2020.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED to CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge